Certificate Number: 16339-PAE-DE-039101163

Bankruptcy Case Number: 24-13744



16339-PAE-DE-039101163

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2024, at 5:00 o'clock PM EST, Rebecca Clark completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 25, 2024         By:   /s/Kelley Tipton

                                  Name: Kelley Tipton

                                  Title: Certified Financial Counselor